Peter B. Langbord, Esq.   SBN: 144319
plangbord@foleymansfield.com
Margaret I. Johnson   SBN 137785
mijohnson@foleymansfield.com
Elizabeth J. Carpenter  SBN 315674
ejcarpenter@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorneys for Defendant
**VIAD CORP**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. PAYNE and SUSAN PAYNE,<br><br>    Plaintiffs,<br><br>vs.<br><br>ABB, INC., (sued individually and as successor-in-interest to BAILEY METER CO.), et al.<br><br>    Defendants. | Case No:  2:20-cv-01198-MCE-AC<br><br>**ORDER GRANTING DISMISSAL OF VIAD CORP** |

In accordance with the parties stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, Defendant VIAD CORP is hereby dismissed from the above-captioned action, with prejudice, each party to bear their own costs.  This case shall proceed on Plaintiffs' remaining claims.

IT IS SO ORDERED.

Dated: August 26, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE