SCOTT L. FROST, ESQ., CA Bar No. 258063
scott@frostlawfirm.com
ANDREW SEITZ, ESQ., CA Bar No. 273165
andrew@frostlawfirm.com
**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
Tel.: (866) FLF-MESO
Fax: (833) FLF-MESO

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AT LAW AND IN ADMIRALTY

| | |
|---|---|
| **DENNIS C. PAYNE and SUSAN PAYNE**, <br><br>  Plaintiffs, <br> vs. <br><br> **ABB, INC.** (*sued individually and as successor-in-interest to* BAILEY METER CO.); <br><br> Defendants. | Case No. 2:20-cv-01198-MCE-AC <br><br> **ORDER TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** <br><br> The Hon. Morrison C. England, Jr. |

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiffs are granted leave to amend to file their First Amended Complaint not later than thirty (30) days after this order is electronically filed and that Defendant's responsive pleading shall be due fourteen (14) days after the First Amended Complaint for Damages is filed.

    IT IS SO ORDERED.

Dated:  September 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE