SCOTT L. FROST, ESQ., CA Bar No. 258063
scott@frostlawfirm.com
ANDREW SEITZ, ESQ., CA Bar No. 273165
andrew@frostlawfirm.com
**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
Tel.: (866) 353-6376
Fax: (310) 361-8803

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AT LAW AND IN ADMIRALTY

| | |
|---|---|
| **DENNIS C. PAYNE and SUSAN PAYNE**, <br><br>      Plaintiffs, <br>vs. <br><br>**ABB, INC.** (*sued individually and as successor-in-interest to* BAILEY METER CO.), et al. <br><br>      Defendants. | Case No. 2:20-cv-01198-MCE-AC <br><br> **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF DENNIS C. PAYNE** <br><br> Date:   November 10, 2020 <br> Time:   10:00 a.m. <br> Location: **Via Video-Conferencing only. Contact: (214) 347-4781, For assistance** <br><br> Action Filed:  September 4, 2020 <br> Trial Date:    None Set |

---

1
NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF DENNIS C. PAYNE

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that the discovery deposition of the following-described
3  person will be taken pursuant to the Federal Rules of Civil Procedure and other applicable
4  rules and statutes; that said deposition will be taken before a Notary Public and certified
5  Shorthand Reporter, or any other office authorized by law to take depositions in like
6  cases.

|  |  |
|---|---|
| **WITNESS:** | **Dennis C. Payne** |
| **DATE:** | **November 10, 2020** |
| **TIME:** | **10:00 a.m. (local time)** |
| **PLACE:** | **Via Video-Conferencing only.** <br> **Contact: (214) 347-4781, for assistance** |
| **COURT REPORTER:** | **Asbestos Reporters, a GPS Partnership** <br> **Email: mcard@asbestosreporters.com** <br> **Tel: (214) 347-4781** |

 This oral examination will be subject to continuance or adjournment from day to day (excluding weekends and holidays) or place to place until completed.

DATED: September 24, 2020                FROST LAW FIRM, PC


                                By:       /s/ *Andrew Seitz*
                                    ANDREW SEITZ
                                    Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Frost Law Firm, PC whose business address is 273 West 7th Street, San Pedro, CA 90731.

On September 24, 2020, I served the following document in the following manner:

**NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF DENNIS C. PAYNE**

☒ (CM/ECF System)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list that is located on the PACER website.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 24, 2020, San Pedro, California.


          /s/ *Kimberly Manalansan*
          KIMBERLY MANALANSAN