UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DENNIS C. PAYNE and SUSAN PAYNE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ABB, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01198-MCE-AC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT FOSTER WHEELER LLC**<br><br>Complaint filed: June 15, 2020<br><br>First Amended Complaint filed: September 4, 2020 |

Pursuant to the Stipulation to Dismiss Action as to Defendant FOSTER WHEELER LLC filed by the parties to this action, IT IS HEREBY ORDERED that Plaintiffs' Complaint is dismissed as to FOSTER WHEELER LLC without prejudice, and each party shall bear its own costs.

***IT IS SO ORDERED.***

Dated:  December 9, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Hugo Parker, LLP
240 Stockton Street
8th Floor
San Francisco, CA 94108

1

ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO
DEFENDANT FOSTER WHEELER LLC

Hugo Parker, LLP
240 Stockton Street
8th Floor
San Francisco, CA 94108

2
ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO
DEFENDANT FOSTER WHEELER LLC