William M. Iadarola, CA State Bar No. 234041
Law Office of William M. Iadarola, P.C.
6B Liberty, Suite 245
Aliso Viejo, CA 92656
Telephone: (949) 916-0535
Fax: (949) 243-7631
E-mail: wiadarola@wmilaw.com
Attorney for Defendant American Compressor Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DENNIS C. PAYNE and SUSAN PAYNE,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>ABB, INC, et al.<br><br>　　　　　　　　　　　　Defendants. | Case No.: 2:20-cv-01198-MCE-AC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT AMERICAN COMPRESSOR COMPANY**<br><br>Complaint filed: June 15, 2020<br><br>First Amended Complaint filed: September 4, 2020 |

　　　Pursuant to the Stipulation to Dismiss Action as to Defendant AMERICAN COMPRESSOR COMPANY filed by the parties to this action, it is hereby ordered that Plaintiffs' First Amended Complaint for Damages is dismissed as to AMERICAN COMPRESSOR COMPANY, without prejudice, each party to bear its own costs.  AMERICAN COMPRESSOR COMPANY'S Motion to Dismiss (ECF No. 98) is accordingly DENIED as moot.  This matter remains pending as to other Defendants.

　　　IT IS SO ORDERED.

Dated:  February 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

---

ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT AMERICAN COMPRESSOR COMPANY