SCOTT L. FROST, ESQ., CA Bar No. 258063
scott@frostlawfirm.com
ANDREW SEITZ, ESQ., CA Bar No. 273165
andrew@frostlawfirm.com
**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
Tel.: (866) FLF-MESO
Fax: (833) FLF-MESO

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AT LAW AND IN ADMIRALTY

| | |
|---|---|
| **DENNIS C. PAYNE and SUSAN PAYNE**,<br><br>                    Plaintiffs,<br>vs.<br><br>**ABB, INC.** (*sued individually and as successor-in-interest to* BAILEY METER CO.);<br><br>                    Defendants. | Case No. 2:20-cv-01198-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES (WRONGFUL DEATH AND SURVIVAL ACTION)**<br><br>The Hon. Troy L. Nunley |

Pursuant to Rule 15(a)(2), Plaintiffs DENNIS C. PAYNE and SUSAN PAYNE and Defendants hereby stipulate that the Plaintiffs may file their Second Amended Complaint for Damages (Wrongful Death and Survival Action), attached hereto as **Exhibit A**.

On or about September 12, 2022, injured Plaintiff DENNIS C. PAYNE died. A Notice of Death was filed on September 22, 2022. (Dkt. # 125.) Plaintiffs through this stipulation hereby move the Court to grant their request to file a second amended complaint for wrongful death.

The only differences between the Second Amended Complaint for Damages (Wrongful Death and Survival Action), attached as Exhibit A, and the First Amended Complaint for Damages (Dkt. # 61) are:

- Plaintiff SUSAN PAYNE substituted as the successor-in-interest to Decedent DENNIS C. PAYNE pursuant to Rule 25(a)(1);

- Decedent's heirs and children EMILY PAYNE and SAMUEL PAYNE added as plaintiffs;

- Caption updated to reflect the above;

- Decedent's death added to his injuries;

- References to "Plaintiff" changed to "Decedent" where applicable;

- Removal of one defendant for which a stipulation as to dismissal has already been granted, Defendant VIACOMCBS, INC. (Dkt. # 116);

- Changed CRANE CO. to REDCO CORPORATION, on request of

defendant; and

- Changed GOULDS PUMPS, INCORPORATED to GOULDS PUMPS LLC, on request of defendant.

No additional defendants have been added, nor have any causes of action been added.

Pursuant to Rule 15(a)(3), any responsive pleading shall be due 14 days after filing of the Second Amended Complaint for Damages (Wrongful Death and Survival Action).

DATED: March 14, 2023                    FROST LAW FIRM, PC


                                         By:    /s/ Andrew Seitz
                                             ANDREW SEITZ
                                             Attorney for Plaintiff

DATED: March 14, 2023                    WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP


                                         By:    /s/ Nicolas R. Lane
                                             NICOLAS R. LANE
                                             Attorney for Defendant ABB, INC.

DATED: March 14, 2023                    K&L GATES LLP


                                         By:    /s/ Damon M. Pitt
                                             DAMON M. PITT
                                             Attorney for Defendant CRANE CO.

| | |
|---|---|
| DATED: March 14, 2023 | HUGO PARKER, LLP<br><br>By: */s/ Bina Ghanaat*<br>BINA GHANAAT<br>Attorney for Defendants FOSTER WHEELER ENERGY CORPORATION and FOSTER WHEELER, LLC |
| DATED: March 14, 2023 | WFBM, LLP<br><br>By: */s/ Derek S. Johnson*<br>DEREK S. JOHNSON<br>EMILY E. ANSELMO<br>Attorneys for Defendant GENERAL ELECTRIC COMPANY |
| DATED: March 14, 2023 | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: */s/ Amy J. Talarico*<br>JOSEPH DUFFY<br>AMY J. TALARICO<br>MARISA R. CHAVES<br>Attorneys for Defendants CARRIER CORPORATION; CLEAVER BROOKS, INC.; GOULDS PUMPS, INC.; JOHNSON CONTROLS, INC. and YORK INTERNATIONAL CORPORATION |

DATED: March 14, 2023                                          TUCKER ELLIS LLP

                                                               By: _/s/ Nicole E. Gage_____
                                                                   NICOLE E. GAGE
                                                                   Attorney for Defendant ROCKWELL
                                                                   AUTOMATION, INC.

DATED: March 14, 2023                                          BURNHAM BROWN

                                                               By: _/s/ Rohit A. Sabnis_____
                                                                   ROHIT A. SABNIS
                                                                   Attorney for Defendant TATE
                                                                   ANDALE, LLC

DATED: March 14, 2023                                          WILSON, ELSER, MOSKOWITZ,
                                                                    EDELMAN & DICKER LLP

                                                               By: _/s/ Nicolas R. Lane_____
                                                                   NICOLAS R. LANE
                                                                   Attorney for Defendant ABB, INC.

DATED: March 14, 2023                                          LEWIS BRISBOIS BISGAARD &
                                                                    SMITH LLP

                                                               By: _/s/ Florence A. McClain_____
                                                                   FLORANCE A. McCLAIN
                                                                   Attorney for Defendant SB DECKING,
                                                                   INC.

DATED: March 14, 2023                    HAWKINS PARNELL & YOUNG LLP


By: ___/s/Ana Reeg_____
ANA REEG
Attorney for Defendant ALFA LAVAL INC.

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiffs are granted leave to amend to file their Second Amended Complaint, a copy of which is attached hereto as **Exhibit A**.

IT IS ALSO ORDERED that Defendant's responsive pleading shall be due thirty days after the Second Amended Complaint is filed.

IT IS SO ORDERED.

Dated:  March 20, 2023

_____
Troy L. Nunley
United States District Judge