1  Ana T. Reeg (SBN 206193)
2  **HAWKINS PARNELL & YOUNG LLP**
   445 S. Figueroa Street, Suite 3200
3  Los Angeles, CA 90071
4  Telephone:(415) 766-3200
   Facsimile: (415) 766-3250
5  E-mail: areeg@hpylaw.com

6

7  Attorneys for Defendant,
   **ALFA LAVAL INC.**
8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11  **SACRAMENTO DIVISION**

12  **AT LAW AND IN ADMIRALTY**

13

| | |
|---|---|
| SUSAN PAYNE, INDIVIDUALLY and as Successor-in-Interest to Decedent DENNIS C. PAYNE, and EMILY PAYNE and SAMUAL PAYNE, Individually,<br><br>     Plaintiffs,<br>vs.<br><br>ABB, INC., et al.,<br><br>     Defendants. | Case No. 2:20-cv-01198-TLN-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING DEADLINES FOR EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS**<br><br>Complaint Filed: March 20, 2020<br>FAC Filed: September 4, 2020<br>SAC Filed: March 21, 2023 |

Defendants collectively including ALFA LAVAL INC. ("Alfa Laval") and Plaintiffs SUSAN PAYNE, EMILY PAYNE, and SAMUAL PAYNE through their respective counsels, agree and stipulate to the following amendments to the Amended Pretrial Scheduling Order issued by this court, specifically sections V and VII, Document #153 filed on June 2, 2023. These amendments are based on good cause as

1

the parties need additional time to conduct expert discovery due to the number of experts involved in this case and their schedules. As such, the parties agree to continue the deadline for dispositive motions two weeks after the close of expert discovery.

1. Expert Discovery will close on April 19, 2024.
2. The last day to file dispositive motions will be May 3, 2024.

It is so agreed that the Stipulation may be signed in counterparts and that facsimile or scanned signatures may be deemed as originals for all purposes.

**SO STIPULATED.**

Dated: February 26, 2024                **HAWKINS PARNELL & YOUNG LLP**

By: _____
Ana T. Reeg
Attorneys for Defendant,
ALFA LAVAL INC.

Dated: February 26, 2024                **FROST LAW FIRM, PC**

By: /s/ Andrew Seitz
Andrew Seitz
Scott L. Frost
Attorneys for Plaintiffs
SUSAN PAYNE, DENNIS C. PAYNE

Dated: February 26, 2024    **KELLER & HECKMAN LLP**

By: */s/ Rohit Sabnis*
Rohit Sabnis
Attorneys for Defendant
TATE ANDALE LLC

**W F B M LLP (WALSWORTH)**

Dated: February 26, 2024

By: _____
Derek S. Johnson
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATED: February 23, 2024 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 10 | | |
| 11 | | |
| 12 | By: | *[signature: Gina Haran]* |
| 13 | | FLORENCE A. McCLAIN |
| 14 | | GINA A. HARAN |
| 15 | | Attorney for SB DECKING, INC., fka SELBY, BATTERSBY & CO. |

136745866.1  5

**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING DEADLINES FOR EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS**

Dated: February 28, 2024                K&L GATES LLP

By: ___/s/ *Damon M. Pitt*___
  Damon M. Pitt
  Attorneys for Defendant
  REDCO CORPORATION fka CRANE CO.

**IT IS SO ORDERED.**

Dated: February 28, 2024        By:_____
                    Judge of the United States District Court

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant ALFA LAVAL INC. hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on February 28, 2024.

/s/ *Ana T. Reeg*
ANA T. REEG