Ana T. Reeg (SBN 206193)
**HAWKINS PARNELL & YOUNG LLP**
445 S. Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone:(415) 766-3200
Facsimile: (415) 766-3250
E-mail: areeg@hpylaw.com

Attorneys for Defendant,
**ALFA LAVAL INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

## AT LAW AND IN ADMIRALTY

| | |
|---|---|
| SUSAN PAYNE, INDIVIDUALLY and as Successor-in-Interest to Decedent DENNIS C. PAYNE, and EMILY PAYNE and SAMUAL PAYNE, Individually,<br><br>        Plaintiffs,<br>vs.<br><br>ABB, INC., et al.,<br><br>        Defendants. | Case No. 2:20-cv-01198-TLN-AC<br><br>**JOINT STIPULATION AND ORDER AMENDING DEADLINES FOR EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS**<br><br>Complaint Filed:   March 20, 2020<br>FAC Filed:          September 4, 2020<br>SAC Filed:         March 21, 2023 |

Defendants collectively including ALFA LAVAL INC. ("Alfa Laval") and Plaintiffs SUSAN PAYNE, EMILY PAYNE, and SAMUAL PAYNE through their respective counsels, agree and stipulate to the following amendments to the Amended Pretrial Scheduling Order issued by this court, specifically sections V and VII, Document #153 filed on June 2, 2023. These amendments are based on good cause as

1

the parties need additional time to conduct expert discovery due to the number of experts involved in this case and their schedules. As such, the parties agree to continue the deadline for dispositive motions two weeks after the close of expert discovery.

1. Expert Discovery will close on April 19, 2024.
2. The last day to file dispositive motions will be May 3, 2024.

It is so agreed that the Stipulation may be signed in counterparts and that facsimile or scanned signatures may be deemed as originals for all purposes.

**SO STIPULATED.**

Dated: February 26, 2024                    **HAWKINS PARNELL & YOUNG LLP**

By: _/s/ Ana Reeg_
Ana T. Reeg
Attorneys for Defendant,
ALFA LAVAL INC.


Dated: February 26, 2024                    **FROST LAW FIRM, PC**

By: _/s/ Andrew Seitz_
Andrew Seitz
Scott L. Frost
Attorneys for Plaintiffs
SUSAN PAYNE, DENNIS C. PAYNE

Dated: February 26, 2024                    **KELLER & HECKMAN LLP**

                                            By: */s/ Rohit Sabnis*
                                                Rohit Sabnis
                                                Attorneys for Defendant
                                                TATE ANDALE LLC

Dated: February 26, 2024

                                             **W F B M LLP (WALSWORTH)**

By: _____
    Derek S. Johnson
    Attorneys for Defendant
    GENERAL ELECTRIC COMPANY

1
2
3
4
5
6
7
8
9
10  DATED: February 23, 2024          LEWIS BRISBOIS BISGAARD & SMITH LLP
11
12                                    By: _____
13                                         FLORENCE A. McCLAIN
                                           GINA A. HARAN
14                                         Attorney for SB DECKING, INC., fka
                                           SELBY, BATTERSBY & CO.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION AND ORDER AMENDING DEADLINES FOR EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS**

Dated: February 28, 2024					K&L GATES LLP


						By:	 */s/ Damon M. Pitt*
							Damon M. Pitt
							Attorneys for Defendant
							REDCO CORPORATION fka CRANE CO.


**IT IS SO ORDERED.**


Dated: February 29, 2024				_____
							Troy L. Nunley
							United States District Judge