Daniel M. Glassman (179302)
dan.glassman@klgates.com
K&L GATES LLP
1 Park Plaza
Irvine, CA  92614
Telephone: +1 949 623 3565
Facsimile: +1 949 253 0902

Peter E. Soskin (280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Defendant Redco Corporation f/k/a Crane Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN PAYNE, Individually and as Successor-in-interest to Decedent DENNIS C. PAYNE, and EMILY PAYNE and SAMUEL PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ABB, INC. (sued individually and as successor-in-interest to BAILEY METER CO.), et al,<br><br>Defendants. | Case No.: 2:20-cv-01198-TLN-AC<br><br>**DEFENDANT REDCO CORPORATION'S NOTICE OF APPEARANCE** |

TO THE CLERK OF COURTS:

Please enter the appearance of Daniel M. Glassman and Peter E. Soskin, Esq., K&L Gates LLP, on behalf of Defendant, Redco Corporation., in regard to the above-captioned action. Copies of all pleadings, papers and notices should be served as follows:

>Daniel M. Glassman (179302)
>dan.glassman@klgates.com
>K&L GATES LLP
>1 Park Plaza
>Irvine, CA  92614
>Telephone: +1 949 623 3565
>Facsimile: +1 949 253 0902
>
>Peter E. Soskin (SBN 280347)
>peter.soskin@klgates.com
>K&L GATES LLP
>4 Embarcadero Center, Suite 1200
>San Francisco, CA 94111
>Telephone: (415) 882-8200
>Facsimile: (415) 882-8220

K&L GATES LLP

Dated:   April 30, 2024          By:   */s/ Peter E. Soskin*
                                       Peter E. Soskin

                                       Attorneys for Defendant Redco Corporation f/k/a Crane Co.