1  Daniel M. Glassman (179302)
   dan.glassman@klgates.com
2  K&L GATES LLP
   1 Park Plaza
3  Irvine, CA  92614
   Telephone: +1 949 623 3565
4  Facsimile: +1 949 253 0902

5  Peter E. Soskin (280347)
   peter.soskin@klgates.com
6  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA  94111
   Telephone: +1 415 882 8200
8  Facsimile: +1 415 882 8220

9  Attorneys for Defendant Redco Corporation f/k/a
   Crane Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN PAYNE, Individually and as Successor-in-interest to Decedent DENNIS C. PAYNE, and EMILY PAYNE and SAMUEL PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ABB, INC. (sued individually and as successor-in-interest to BAILEY METER CO.), et al,<br><br>Defendants. | Case No.: 2:20-cv-01198-TLN-AC<br><br>**DEFENDANT REDCO CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:**

PLEASE TAKE NOTICE that, effective immediately, Damon M. Pitt is no longer counsel of record for Defendant Redco Corporation formerly known as Crane Co. ("Defendant") in this matter. Please remove Mr. Pitt from all service lists with this proceeding. All other K&L Gates attorneys indicated on the caption page of this Notice remain as counsel for Defendant Redco Corporation in this action.

K&L GATES LLP

Dated: May 2, 2024

By: /s/ Peter E. Soskin
Peter E. Soskin

Attorneys for Defendant Redco Corporation f/k/a Crane Co.