Ana T. Reeg (SBN 206193)
**HAWKINS PARNELL & YOUNG LLP**
445 S. Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone:(415) 766-3200
Facsimile: (415) 766-3250
E-mail:  areeg@hpylaw.com

Attorneys for Defendant,
**ALFA LAVAL INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

# AT LAW AND IN ADMIRALTY

| | |
|---|---|
| SUSAN PAYNE, INDIVIDUALLY and as Successor-in-Interest to Decedent DENNIS C. PAYNE, and EMILY PAYNE and SAMUAL PAYNE, Individually,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>ABB, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01198-TLN-AC<br><br>**JOINT STIPULATION AND ORDER RE DEFENDANT ALFA LAVAL'S REPLY TO PLAINTIFFS' OPPOSITION TO ALFA LAVAL'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**<br><br>Complaint Filed:　March 20, 2020<br>FAC Filed:　September 4, 2020<br>SAC Filed:　March 21, 2023 |

　　　　Defendant ALFA LAVAL INC. ("Alfa Laval") and Plaintiffs SUSAN PAYNE, EMILY PAYNE, and SAMUAL PAYNE (Plaintiffs) through their respective counsels, agree and stipulate to the following: Alfa Laval's Reply to Plaintiffs' Opposition to Alfa Laval's Motion for Summary Judgment/Adjudication, pursuant to Local Rule 230(d)

and Federal Rule of Civil Procedure 6(1)(C), will be filed and served on June 3, 2024.

It is so agreed that the Stipulation may be signed in counterparts and that facsimile or scanned signatures may be deemed as originals for all purposes.

**SO STIPULATED.**

Dated:  June 2, 2024                                  **HAWKINS PARNELL & YOUNG LLP**

By: _/s/ Ana Reeg_
Ana T. Reeg
Attorneys for Defendant,
ALFA LAVAL INC.

Dated:  June 2, 2024                                  **FROST LAW FIRM, PC**

By: _/s/ Andrew Seitz_
Andrew Seitz
Scott L. Frost
Attorneys for Plaintiffs
SUSAN PAYNE, DENNIS C. PAYNE

**IT IS SO ORDERED.**

Dated:  June 3, 2024

Troy L. Nunley
United States District Judge

2
**JOINT STIPULATION AND ORDER RE DEFENDANT ALFA LAVAL'S REPLY TO PLAINTIFFS' OPPOSITION TO ALFA LAVAL'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**