UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AT LAW AND IN ADMIRALTY

| | |
|---|---|
| **SUSAN PAYNE,** *Individually and as Successor-in-Interest to Decedent* **DENNIS C. PAYNE,** *and* **EMILY PAYNE** *and* **SAMUEL PAYNE,** *Individually*, <br><br>                    Plaintiffs, <br>       vs. <br><br> **ABB, INC.** (*sued individually and as successor-in-interest to* BAILEY METER CO.), et al. <br><br>                    Defendants. | Case No. 2:20-cv-01198-TLN-AC <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT ALFA LAVAL, INC. ONLY** |

Pursuant to Stipulation to Dismiss Action with Prejudice as to Defendant ALFA LAVAL, INC. only, filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to ALFA LAVAL, INC. only, without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: August 30, 2024

Troy L. Nunley
United States District Judge

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States and a residence of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Frost Law Firm, PC, 273 West 7th Street, San Pedro, California 90731.

On August ___, 2024, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT FOSTER WHEELER LLC**

☒ (**ECF ELECTRONIC FILING SYSTEM**) the above-entitled document to be filed and served electronically through the United States District Court, Eastern District of California ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August ___, 2024, at San Pedro, California.

_____
KIMBERLY MANALANSAN